Oscar ROMERO–ALARCON; et al., Petitioners,

v.

Alberto R. GONZALES, Attorney General, Respondent.

No. 04–71534.

Agency Nos. A28–513–891, A79–522–961, A79–522–962.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 5, 2005.[*]

Decided Dec. 15, 2005.

Oscar Romero–Alarcon, Anaheim, CA, pro se.

Nancy Lopez–Romero, Anaheim, CA, pro se.

Alejandra Romero–Lopez, Anaheim, CA, pro se.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. Lefevre, Chief Legal Officer, Office of the District Counsel Department of Homeland Security, San Francisco, CA, OIL, DOJ–U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before GOODWIN, TASHIMA and FISHER, Circuit Judges.

MEMORANDUM [**]

Oscar Romero–Alarcon, his wife Nancy Lopez–Romero and their daughter, Alejan-

---

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and may not be cited to or by the

dra Romero–Lopez, natives and citizens of Mexico, petition pro se for review of a Board of Immigration Appeals' ("BIA") order summarily affirming an immigration judge's ("IJ") order denying their applications for cancellation of removal. We dismiss the petition for review.

We lack jurisdiction to review the IJ's finding that none of the petitioners showed exceptional and extremely unusual hardship because it involves an exercise of discretion. *See Romero–Torres v. Ashcroft,* 327 F.3d 887, 892 (9th Cir.2003).

The voluntary departure period was stayed, and that stay will expire upon issuance of the mandate. *See Desta v. Ashcroft,* 365 F.3d 741 (9th Cir.2004).

PETITION FOR REVIEW DISMISSED.

courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.